UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| QUANTLAB FINANCIAL, LLC, | § § | |
| *Plaintiff,* | § § § | |
| *vs.* | § § | CIVIL ACTION NO. 09-3704 |
| THE OPTIONS GROUP, INC., | § § § | |
| *Defendant.* | § | JURY DEMANDED |

**PLAINTIFF'S ORIGINAL COMPLAINT
AND REQUEST FOR DECLARATORY RELIEF**

1.  Plaintiff Quantlab Financial, LLC ("Quantlab") complains of Defendant The Options Group, Inc. ("Options Group").

**I. SUMMARY**

2.  Options Group is a recruiting firm. Quantlab is a customer of Options Group. Quantlab and Options Group have a written contract for services. Among other terms, the contract bars Options Group from soliciting Quantlab employees to leave their employment with Quantlab. Nevertheless, Options Group has and continues to engage in a pattern of soliciting employees of its customer, Quantlab, in violation of its legal duties.

**II. PARTIES**

3.  Quantlab is a limited liability company, duly formed and existing under the laws of the State of Delaware, with its principal place of business in Houston, Harris County, Texas. None of Quantlab's members are citizens of the State of New York.

4.  The Options Group, Inc. is a New York Corporation that has its principal place of business in New York and which conducts business in Texas but does not maintain a registered agent for service in Texas. According to New York Business Corporation Law Sections 306,

306-A, and 307, Options Group may be served through the New York Department of State by having a process server serve two (2) copies of the process upon the New York Secretary of State at the Office of the Department of State, One Commerce Plaza, 99 Washington Avenue, Albany, NY 12231, paying the statutory fee of $40, and meeting the other statutory requirements.

### III. SUBJECT-MATTER JURISDICTION

5. This Court has jurisdiction under 28 U.S.C. § 1332(a) because the dispute is between citizens of different states. There is complete diversity and the amount in controversy exceeds the minimum requirement of $75,000, exclusive of interest and costs.

### IV. VENUE

6. Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in the Southern District of Texas.

### V. FACTS

7. Quantlab researches and develops quantitative trading strategies and technology to implement those strategies.

8. Options Group is a search firm that works in the financial services industry. *See* Exhibit A. Options Group searches for quantitative researchers, analysts and traders on behalf of its clients. *See* Exhibit B. Options Group also searches for technology candidates focusing on capital markets and quantitative finance. *See* Exhibit C.

9. On May 18, 2009, Quantlab entered into a contract with Options Group to provide services to Quantlab. *See* Exhibit D (the "Fee Agreement"). Under the terms of the Fee Agreement

> Options agrees to not directly or indirectly recruit or retain
> any Quantlab employee for the duration of this agreement
> and six (6) months after the date the agreement is

terminated.

*See* Exhibit D. Options Group's President and "Managing Partner," Bob Reed, signed the Fee Agreement on behalf of Options Group. *See id.*; *also* Exhibit E.

10.    On several occasions, following the execution of the Fee Agreement, Options Group recruiters, such as William J. Wolff, and most recently, on November 6, 2009, Anton Schegolev, have solicited Quantlab employees to leave Quantlab and join competitors. *See* Exhibit F. In each case, the recruiter was acting within the course and scope of his employment with Options Group.

11.    In addition, Options Group was on notice that Quantlab requires quantitative research and technology employees to sign two (2) year non-compete agreements, having been informed of the agreements—and provided a copy—no later than May 21, 2009, and nevertheless thereafter continued to recruit one or more Quantlab employees to leave Quantlab and join a competitor in positions that are prohibited by the Fee Agreement and the non-compete agreements.[1]

12.    At least one employee of Quantlab has accepted another position following solicitations by Options Group. At least two other employees have been solicited and may be thinking about alternative employment based, in whole or in part, upon the improper solicitation and information provided by Options Group.

13.    As a result of Options Group's actions, Quantlab has suffered damages. Moreover, unless the conduct is stopped, Quantlab will continue to suffer additional damages that are continuing, unending, and difficult calculate. Accordingly, injunctive relief is

---

[1] Indeed, on November 6, 2009, when the Quantlab employee told (or reminded) Anton Schegolev that he has a non-compete agreement that would prevent him from accepting any of the positions being presented, Mr. Schegolev told the Quantlab employee that it would be best if he wasn't sued in Texas, and perhaps he would be better off in another state or another country and "where there is a will, there is a way."

3

appropriate because damages, including harming to goodwill, while potentially significant, are difficult to calculate.

14.　All conditions precedent have been performed or occurred.

## VI.　CAUSES OF ACTION

### A.　Breach of Contract

15.　The previous paragraphs are incorporated by reference.

16.　Options Group breached the Fee Agreement.

17.　Quantlab has suffered, and unless Options Group is enjoined will continue to suffer, actual damages.

18.　Pursuant to Chapter 38 the TEX. CIV. PRAC. & REM. CODE, Quantlab is entitled to recover its attorney's fees and costs to pursue this breach of contract claim.

### B.　Tortious Interference with Existing Contract

19.　The previous paragraphs are incorporated by reference.

20.　Quantlab has two (2) year non-compete agreements with its employees, which restrict them from accepting certain positions following the termination of their employment.

21.　Options Group knew or had reason to know of these agreements.

22.　Options Group willfully and intentionally interfered with Quantlab's agreements.

23.　Quantlab has suffered, and unless Options Group is enjoined will continue to suffer, actual damages.

24.　As a result of this tortious interference, Quantlab has also incurred attorney's fees and costs, which it seeks to recover as damages.

25.　Quantlab also requests exemplary damages to deter further willful, intentional, and/or malicious misconduct.

### C. <u>Request for Declaratory Relief</u>

26. The previous paragraphs are incorporated by reference.

27. Quantlab brings this claim for declaratory judgment under FED. R. CIV. P. 57 and 28 U.S.C. §§ 2201, 2202.

28. Quantlab requests that this Court declare that Options Group is prohibited under the terms of the Fee Agreement from directly or indirectly recruiting any employee of Quantlab to leave his or her employment with Quantlab.

29. Quantlab is entitled to recover attorney's fees and costs incurred in pursuing this declaratory judgment.

### VII. <u>PRAYER FOR RELIEF</u>

30. Quantlab ask for judgment against Options Group for

   a. A declaration that Options Group is prohibited under the terms of the Fee Agreement from directly or indirectly recruiting any employee of Quantlab to leave his or her employment with Quantlab;

   b. An injunction that Options Group and anyone acting in concert with it is prohibited from directly or indirectly recruiting any employee of Quantlab to leave his or her employment with Quantlab;

   c. Attorneys fees;

   d. Costs of court;

   e. Pre- and post-judgment interest on actual damages;

   f. Exemplary damages; and

   g. All other relief to which it is entitled.

Respectfully submitted,

*Of Counsel*:

**LITTLER MENDELSON**
A PROFESSIONAL CORPORATION
1301 McKinney, Suite 1900
Houston, Texas 77010
713.951.9400 (Telephone)
713.951.9212 (Fax)

Tim McInturf
Texas Bar No. 00788020
S.D. Tex. No. 18058
QUANTLAB FINANCIAL, LLC
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
713.400.5917 (Telephone)
713.400.5918 (Fax)

Allan H. Neighbors, IV
(Attorney-in-charge)
Texas Bar. No. 24033660
S.D. Tex. No. 34398
1301 McKinney, Suite 1900
Houston, Texas 77010
713.652.4770 (Telephone)
713.951.9212 (Fax)

ATTORNEYS FOR PLAINTIFF
QUANTLAB FINANCIAL, LLC

Firmwide:92898962.1 038021.1000

6