# EXHIBIT
# A



ABOUT US    SERVICES    SUBMIT RESUME    CONTACT US    NEWSROOM    CLIENT LOGIN

Global Markets
Alt. Investments/Hedge Funds
Investment Banking
Private Banking/Wealth Mgmt
Quantitative Research
Technology

# EXECUTIVE SEARCH

Our geographic reach continues to expand to cover both established and emerging markets in the U.S., Europe, Asia and Australia. Options Group provides a team-oriented solution to our clients' search needs, utilizing our global resources, proprietary technology and considerable industry experience. Since 2000, our 75 search consultants have placed over 2,500 financial services professionals in **Global Markets, Alternative Investments/Hedge Funds, Investment Banking, Quantitative Research** and **Technology** positions.

> We believe in partnering with our clients in a hands-on and consultative manner to provide effective solutions of human capital and strategic incentives. Our goal is to facilitate our client's growth, enhance their value, and seed opportunities for continued success.

AMERICAS_____EMEA_____ASIA PACIFIC

# EXHIBIT B



ABOUT US    SERVICES    SUBMIT RESUME    CONTACT US    NEWSROOM    CLIENT LOGIN

Global Markets
Alt. Investments/Hedge Funds
Investment Banking
Private Banking/Wealth Mgmt.
Quantitative Research
Technology

## QUANTITATIVE RESEARCH

Options Group has an excellent record in providing talented quantitative researchers, traders and analysts to its clients. We are able to execute these searches due to our ability to initiate relationships and track the career path of graduates from top-tier international educational institutions. Options Group continually updates its proprietary real-time database with candidate achievements and is therefore able to quickly confirm an individual's qualifications. It is this accuracy in matching the opportunity to the individual that makes this a highly successful division within Options Group.

AMERICAS_____EMEA_____ASIA PACIFIC

# EXHIBIT C




ABOUT US    SERVICES    SUBMIT RESUME    CONTACT US    NEWSROOM    CLIENT LOGIN



Global Markets

Alt. Investments/Hedge Funds

Investment Banking

Private Banking/Wealth Mgmt.

Quantitative Research

Technology

## TECHNOLOGY

Our online database has allowed us to maintain a real-time awareness of the changing skill sets needed by hiring managers in the technology arena. Consultants with IT and Quantitative research expertise allow us to effectively screen and measure key proficiencies. Our group concentrates on capital markets technology and quantitative finance, delivering quality talent for even the most narrow-focused searches. Our multi-faceted talent pool provides ideal candidates who have been adequately screened by their respective consultants. Many of our clients retain us for both targeted search as well as creative solutions to their key initiatives.

AMERICAS_____EMEA_____ASIA PACIFIC

# EXHIBIT D

Quantlab Financial LLC
4200 Montrose Blvd
Suite 200
Houston, Texas 77006

### Fee Agreement

This letter of agreement sets forth the terms and conditions of the relationship between **Options Group** (hereafter referred to as Options) and **Quantlab Financial LLC**.

Options has a standardized fee agreement delineated below. We require a signed copy of this agreement before doing business with any firm.

Options shall be entitled to a fee equal to 25% of the successful candidate's first year base salary. The terms of Options' fee payment will be net 30 calendar days from the placed candidate's first day of employment with your firm.

Options agrees to not directly or indirectly recruit or retain any Quantlab employee for the duration of this agreement and six (6) months after the date the agreement is terminated.

In the event that a candidate who was placed by Options voluntarily resigns or is terminated by **Quantlab Financial LLC** for any reason other than lack of work, the following shall apply:

| Calendar Days of Employment Prior to Resignation/Termination | Options Obligation |
|---|---|
| Up to 90 days | Refund 100% of the Placement Fee within 30 days |
| More than 90 days | 0% |

**Quantlab Financial LLC** is responsible for all travel and/or lodging expenses incurred by our candidates or Options Group as a result of the interview process (excluding public transportation costs). Expenses shall be agreed upon and approved by our clients in advance and with pre-determined limits.

This letter contains the entire agreement between the above parties concerning the matters discussed in this letter and supersedes all prior agreements or understandings, whether verbal or written. This letter may not be changed or amended unless agreed to in writing by both parties.

We look forward to a successful relationship with your firm. Please send the duly executed copy to the undersigned.

Very truly yours,

Bob Reed
Managing Partner
Options Group

Date 5/18/09

Agreed by:

Kate Brummett
Recruiting Manager
Quantlab Financial LLC

Date 5/4/09

# EXHIBIT E



ABOUT US   SERVICES   SUBMIT RESUME   CONTACT US   NEWSROOM   CLIENT LOGIN

 

### BOB REED
*Managing Partner*

**Primary Focus:** Fixed Income, Equities, Alternative Investments, Derivatives, Investment Banking

EMAIL   Bob Reed is one of the founding partners of Options Group. Bob, in tandem with his partners, develops and implements the company's business strategy, thus providing retained recruitment solutions in leading financial markets. Bob spearheaded the launch of Options Group's Tokyo office in 2000 and his expertise in capital markets and investment banking has helped place senior level executives at mid- to large-size financial services firms globally for over 10 years.

Prior to the company's founding, Bob gained specialization in sales/marketing, trading, securitization, principal investment, and research across all asset classes. Bob attended State University of New York at Buffalo.

AMERICAS_____EMEA_____ASIA PACIFIC

# EXHIBIT F

Email Activity

From: xuyz111@yahoo.com
Date: 29 Jul 2009 16:55:22 -0500
To: Wolff [J; wwolff@optionsgroup.com
CC:
BCC:
Subject: Re: Hey

No. Thanks

--- On **Wed, 7/29/09, Wolff, William** <*wwolff@optionsgroup.com*> wrote:

> From: Wolff, William <wwolff@optionsgroup.com>
> Subject: Hey
> To: xuyz111@yahoo.com
> Date: Wednesday, July 29, 2009, 2:56 PM
>
> Would you be open to speak with a High Freq Prop firm in Chicago?
> What about Knight Capital Group in Jersey City?
>
> **William J. Wolff**
>
> **Options Group - New York**
> ☎ +1.212.982.6370  ✆ +1.914.523.8345
> ~ +1.212.982.5577
> ✉ wwolff@OptionsGroup.com
> www.OptionsGroup.com
>
> *This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mis-transmission. If you receive this message in error, please delete it and all copies from your system, destroy any hard copies and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. Options Group reserves the right to monitor all e-mail communications through its networks. Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state the views of such entity. If you have received this message in error please notify us immediately by telephone at +1.212.982.0900 or via e-mail at administrator@optionsgroup.com*

Current Folder: INBOX                                                                                              Sign Out
Compose  Addresses  Folders  Options  Search  Help  Calendar  To Do  Fetch Mail  Reminder  WebProxy  Notes  Remailers  Bookmarks
IRC  Support  Notices

Message List | Delete                              Previous | Next              Forward | Forward as Attachment | Reply | Reply All
                                              Delete & Prev | Delete & Next
                                                  Move to: INBOX         Move

**REDACTED**

Subject: foloow up our phone conversation
From: "hi Schegolev" <churilin@
Date: Wed, October 28, 2009 12:36 pm                **REDACTED**
To: optionsgroup@
Priority: Normal

Options: View Full Header | View Printable Version | Download this as a file | View as HTML
This Is Spam (Train Bayesian Filter) | This Is Not Spam (Train Bayesian Filter)
This Is Spam (Re-Train Bayesian Filter) | This Is Not Spam (Re-Train Bayesian Filter)
Add Sender To Whitelist | Add Sender's Domain To Whitelist
Add Sender To Blacklist | Add Sender's Domain To Blacklist

```
Hi David,
I have a very old resume of yours back from your CTS days. I don't know for sure
what you do these days but from what I heard your are an expert in optimizing and
dramatically improving trading system performance. I will base my list on that
information. In order to give you a more precise picture of available opportunity I
will need to talk to you in more detail about what you actually do now.

1. SAC is looking for a senior technologist to come over and pay down the ground
work for low latency trading system. They need someone with experience in building
and optimizing trading systems, a hands-on guy who is also capable of managing
people down the road. This is a very senior position and the compensation with
appropriate compensation.

2. Two Sigma is building their infrastructure for high frequency trading. They are a
very successful, multistrategy hedge fund based in NY formed by former partners at
DE Shaw. They were 30 people in 2004 and now they are 250 people. They trade all
kind of assets (all systematic). I think few years down the road they will be in the
same league as Renaissance and DE Shaw. I have a friend who works there and is very
happy.

3. Theysis is looking for CTO to improve their trading system. Theysis is a
subsidiary of Tradeworx and currently has 6 people and they plan to hire 5-6 people
more. They provide their platform to other companies for high-speed trading. They
already have a system in place and htey look for a person who can take over what
they have and make it better.

4. Knight Capital. They are based in Jersey City. They sold their OAMM (options
automated market making) business to Citi in 2004 and invested the proceeds into
hiring top experts and building the infrastructure. They are now one of the leaders
in electronic trading and they look for top technologists.

6. PFTC. A hedge fund of about 30 people that wants to get into high-frequency
trading space and laying down the ground work for the infrastructure. They are
looking for top technologists. They are based in New York.

I have a number of other companies that for sure would be interested in talking to
you - Athena, Credit Suiss (prop trading group), Citadel, Bank of America (prop
trading group), Millennium, Tudor, World Quant. They all look for pretty much the
same - top level technologists to work on their trading system.

I would love to discuss the opportunities with you at your convenience.
Regards,
Anton Schegolev
```

---

Windows 7: Simplify your PC. Learn more.
http://www.microsoft.com/Windows/windows-7/default.aspx?ocid=PID24727::T:WLMTAGL:ON:WL:en-US:WWL_WIN_evergreen1:102009

**Attachments:**

untitled-[2]                     3k        [ text/html ]                Download | View

Take Address